In the
United States Court of Appeals
For the Eighth Circuit

| United States of America, | ) | |
| Plaintiff-Appellee, | ) | No. 25-1437 |
| | ) | |
| vs. | ) | **Motion for Voluntary Dismissal** |
| | ) | **of Appeal Pursuant to** |
| Ronnie Raines, | ) | **FED.R.APP. 42(b)** |
| Defendant-Appellant. | ) | |

Appellant Ronnie Raines filed an appeal from the district court's sentencing on February 28, 2025. After continued discussions with counsel, Mr. Raines now moves to voluntarily dismiss his appeal pursuant to Fed.R.App.P. 42(b). In support of this motion, Mr. Raines, through counsel submits the following:

**Relevant Procedural Background**

1. Mr. Raines plead guilty pursuant to a plea agreement which contained an appeal waiver unless the district court sentenced Mr. Raines above the high end of the Sentencing Guidelines range as determined by the district court. (R. Doc. 198).

2. The district court imposed a sentence below the high end of the Sentencing Guideline range as determined by the district court. (R. Doc. 271).

3. Counsel filed a notice of appeal within the 14-day limit after entry of judgment. (R. Doc. 280).

1

**Mr. Raines Wishes to Voluntarily Dismiss his Appeal**

4. Mr. Raines moves to seek voluntary dismissal of his appeal based on the appeal waiver.

WHEREFORE, Ronnie Raines respectfully requests that the Court order Appeal Number 25-1437 be dismissed pursuant to Fed.R.App.P. 42(b).

Dated: March 7, 2025.

Respectfully submitted,

*s/ Aaron Morrison*

_____
Assistant Federal Public Defender
District of Minnesota
U.S. Courthouse, Suite 107
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5858
*Counsel for Defendant-Appellant*

I, Ronnie Raines, hereby consent to the dismissal of Appeal Number 25-1437 for the reasons stated in the foregoing motion.

Ronnie Raines

Date: 3/6/25

# CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH RULE 32(a)
## FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When Not All Case Participants are CM/ECF Participants**

I hereby certify that on March 7, 2025 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I hereby certify that the motion contains 173 words, as counted by the word-processing system Microsoft Word, and complies with the type-volume limitations and typeface requirements.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Ronnie Raines

*s/ Sandra L. Seim*