# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  25-1437
_____

United States of America

Plaintiff - Appellee

v.

Ronnie Raines

Defendant - Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:23-cr-00257-JWB-7)

---

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

March 07, 2025

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Maureen W. Gornik