# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1437

United States of America

Appellee

v.

Ronnie Raines

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:23-cr-00257-JWB-7)

---

**MANDATE**

In accordance with the judgment of March 7, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 07, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit